**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Maximo Manuel RAVELL–RUIZ,
Defendant–Appellant.**

No. 04–40822.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A Meyers, Sandra Zamora Zayas, Assistant Federal Public Defender, Molly E. Odom, Houston, TX, for Defendant–Appellant.

Before JONES, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Maximo Manuel Ravell–Ruiz appeals from his guilty-plea conviction for illegal reentry following deportation. The record reveals that Ravell–Ruiz absconded from custody prior to the pendency of the instant appeal, and the Federal Public Defender concedes that Ravell–Ruiz's fugitive status remains ongoing. Given these circumstances, the appeal is dismissed. *See* *Ortega–Rodriguez v. United States,* 507 U.S. 234, 239–40, 113 S.Ct. 1199, 122 L.Ed.2d 581 (1993); *see also United States v. Delagarza–Villarreal,* 141 F.3d 133, 136–38 (5th Cir.1997).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.